# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHARLES HOSKYN**                                                                                    PLAINTIFF(S)

vs.                                              NO. **4:17CV00133   SWW**

**S. KYLE HUNTER, ET AL**                                                                       DEFENDANT(S)

### FINAL SCHEDULING ORDER

This matter is scheduled for trial in **LITTLE ROCK, Arkansas,** during the week beginning **April 16, 2018** at **9:30 A.M.**, *to a jury of not fewer than six members* as provided by Rule 48 of the Federal Rules of Civil Procedure.  Counsel are to be present **30 minutes prior** to trial.  The following schedule is to be strictly adhered to:

1. **EXPERT DISCLOSURES AND REPORTS**

Case-in-chief expert disclosures, including reports, must be made by **September 18, 2017**. Rebuttal expert disclosures, including reports, must be made by **October 18, 2017**.  These disclosures must be in writing, signed, and served.  They are not filed in the Clerk's Office

2. **DISCOVERY COMPLETION**

**All discovery, including evidentiary depositions,** shall be completed *no later than* **November 17, 2017**.  Parties may conduct discovery beyond this date if all parties are in agreement to do so; *however, the Court will not be available to resolve any disputes which arise during the course of this extended discovery.*

3. **MOTIONS DEADLINES**

   a.  Motions to amend the pleadings (*including the complaint*) shall be filed by **September 18, 2017**;

   b.  Motions in limine shall be filed *no earlier* than **14 calendar days** prior to trial and **no later than 3:00 p.m. on Friday** prior to the trial date; and

   c.  All other motions, including motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993), shall be filed by **December 18, 2017**.

> *FAILURE TO MEET THESE DEADLINES MAY RESULT IN DENIAL OF SUCH MOTION/PLEADING SOLELY ON THE BASIS OF UNTIMELY FILING.*

**4. PRETRIAL DISCLOSURE SHEET**

The *Pretrial Disclosure Sheet* as outlined in Local Rule 26.2 shall be filed with the Clerk by *March 16, 2018*.

**5. SETTLEMENT CONFERENCE**

After discovery has been completed, the parties may request a settlement conference to be conducted by the Court or Magistrate Judge. The request for settlement conference should be made no later than *30 calendar days* prior to trial date.

**6. STIPULATION OF AGREED FACTS**

A comprehensive *stipulation of agreed facts* shall be filed with the Clerk no later than *14 calendar days* prior to trial date.

**7. AGREED JURY INSTRUCTIONS**

*An agreed set of jury instructions* shall be submitted to the court no later than *14 calendar days* prior to trial. Eighth Circuit Model Jury Instructions should be used when possible. A party requesting an instruction which cannot be agreed to should submit that instruction, along with a statement of authority, to the Court. The Court requests counsel to provide the instructions saved as a Word document or Rich Text Format file attached to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box. In addition, the Court requests counsel to provide a written copy of the instructions.

**8. SUBMISSION OF PROPOSED VOIR DIRE QUESTIONS**

Counsel are directed to *submit proposed voir dire questions* to the Court along with the instructions.

**9. MARKING & EXCHANGE OF ALL EXHIBITS**

To avoid delay during trial, counsel shall *mark and exchange all exhibits prior to trial,* stipulating to as many as possible.  *The exhibits are to be listed in numerical sequence.  Note stipulations and objections on the exhibit list.  If* there is *an objection* to an exhibit, *attach a statement* setting out the basis for both the offer and the objection.  The list is to be *delivered/mailed/e-mailed* to Cecilia Norwood at swwchambers@ared.uscourts.gov no later than *7 calendar days* prior to trial.

**10.   MERGERS & ACQUISITIONS**

If any party is a publicly-traded corporation, counsel should keep the Court advised of any actual merger or pending acquisition so that the Court might prevent conflicts of interest from arising from the Judge's financial holdings.

**11.   COURTROOM TECHNOLOGY**

The Court will contact counsel prior to trial to inquire whether counsel are familiar with the Court's electronic equipment for presentation of evidence.  If necessary, the Court will schedule a pretrial courtroom visit in order that counsel may become familiar with this electronic equipment, which the Court expects counsel to use during presentation of documentary evidence at trial.

*If the parties anticipate bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.*

*In the event of settlement,* please notify Ms. Norwood or the law clerk at (501) 604-5100 **immediately.**

Dated June 20, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE