IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through
Next Friend and Guardian of the Estate,
Charles Hoskyn                                                                      Plaintiff

v.                          Civil Action No. 4:17cv133-SWW-JTR

S. Kyle Hunter, et al.                                                           Defendants

## MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S STATE TORT CLAIMS ON BEHALF OF SEPARATE DEFENDANTS HUNTER AND MANNING

COME Separate Defendants, Kyle Hunter and Karres Manning, in their individual capacities, by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Brett W. Taylor, and for their Motion for Judgment on the Pleadings as to Plaintiff's State Tort Claims, state:

1. On August 24, 2017, the Court entered an Order granting in part and denying in part the Motion to Dismiss filed by Separate Defendants, the State of Arkansas, Kyle Hunter, and Karres Manning, both in their individual and official capacities. [D.E. 22]

2. In the Order, the Court found that Hunter and Manning are entitled to statutory immunity from Plaintiff's tort claims to the extent Hunter and Manning are not covered by liability insurance. [D.E. 22, pp. 8-10]

3. In Separate Defendants' Answer and the Declaration of Kyle Hunter, both of which verify neither Hunter nor Manning have liability insurance coverage applicable to Plaintiff's claims. Declaration of Kyle Hunter (August 31, 2017), attached as *Exhibit A*.

1

4. Separate Defendants respectfully request the Court dismiss the state tort claims against Kyle Hunter and Karres Manning under Rule 12(c), or in the alternative, convert the Motion to one for partial summary judgment and dismiss the claims under Rule 56.

5. Additionally, Separate Defendants request that Kyle Hunter be dismissed from the lawsuit as the only remaining claim against these Defendants is against Karres D. Manning, in her individual capacity. [D.E. 22]

6. A Brief in Support of this Motion is being filed contemporaneously herewith.

WHEREFORE, Separate Defendants Kyle Hunter and Karres Manning respectfully request the Court dismiss the remaining state tort claims, dismiss Kyle Hunter from this action, and grant them all other relief to which they are entitled.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:   /s/ Brett W. Taylor
      Ark. Bar No. 2014175
      Assistant Attorney General
      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Phone:   (501) 682-3676
      Fax:   (501) 682-2591
      Email:   brett.taylor@arkansasag.gov

<u>CERTIFICATE OF SERVICE</u>

I, Brett W. Taylor, hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send electronic notification to the following:

Andrew Ballard		andy@ballardandballard.net

Burt Newell		burtnewell@mac.com

                                                  _/s/Brett W. Taylor_____