IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through
Next Friend and Guardian of the Estate,
Charles Hoskyn                                                                          Plaintiff

v.                          Civil Action No. 4:17cv133-SWW-JTR

S. Kyle Hunter, et al.                                                                  Defendants

### DECLARATION OF KYLE HUNTER

I, Kyle Hunter, am competent to testify and have personal knowledge regarding the statements contained in this declaration, do hereby state and verify the following under the penalty of perjury:

1. I am the Prosecuting Attorney for the 11th Judicial District–West for the State of Arkansas.

2. The Prosecuting Attorney and Deputy Prosecutors for the 11th Judicial District–West of the State of Arkansas are not covered by liability insurance coverage for damages resulting from acts and omissions occurring within the scope and course of employment.

3. Furthermore, the Prosecuting Attorney and Deputy Prosecutors for the 11th Judicial District–West of the State of Arkansas, including Karres Manning and myself, were not covered by liability insurance coverage for damages resulting from acts and omissions occurring within the scope and course of employment at any time relevant to the Plaintiff's allegations in the above-styled case.

FURTHER DECLARANT SAYETH NOT.

_____          9-1-2017
KYLE HUNTER                                                      DATE

1