UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through Next Friend and
Guardian of the Estate,  CHARLES HOSKYN                                          PLAINTIFF

VS.                           Civil Action No. 4:17-cv-133-SWW-JTR

S. KYLE HUNTER, in his individual and Official Capacity
as Prosecuting Attorney for the 11th Judicial Circuit, et. al.                   DEFENDANTS

**MOTION TO SEAL, or in the alternative, RESTRICT EXHIBIT 1 ATTACHED TO PLAINTIFF'S RESPONSE TO
MOTION FOR JUDGMENT ON THE PLEADINGS (D.E. 30)**

Comes now, Plaintiff, T.H., by and through Guardian of the Estate, Charles Hoskyn, and by and through counsel, BALLARD & BALLARD, P.A., and for his Response to Motion for Judgment on the Pleadings, states:

1. On October 6, 2017, at approximately 2:34 p.m., Plaintiff filed his Response to Motion for Judgment on the Pleadings.  (D.E. 30)

2. Exhibit 1 attached to Plaintiff's Response to Motion for Judgment on the Pleadings (D.E. 30) contains some overlooked unredacted information related to minors.

3. Plaintiff moves to seal, or in the alternative, restrict viewing of Exhibit 1 attached to Plaintiff's Response, as it is the Brief and Exhibits filed in support thereof.

WHEREFORE, Plaintiff prays this Court grant his motion to seal or restrict viewing of Exhibit 1 attached to his Response to Motion for Judgment on the Pleadings (D.E. 30).

Dated: October 6, 2017

Respectfully submitted,

**BALLARD & BALLARD, P.A.**
425 W. Broadway St., Suite N
North Little Rock, Arkansas 72114
Tel: 501-244-9544
Fax: 501-244-9828
E-mail: andy@ballardandballard.net
Arkansas Bar No. 06-029

By: */s/Andrew D. Ballard*
     Andrew D. Ballard

CERTIFICATE OF SERVICE

I, Andrew D. Ballard, certify that on October 6, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send electronic notification to the following:

Brett Taylor Brett brett.taylor@arkansasag.gov
C. Burt Newell burtnewell@mac.com
Ralph C. Ohm   aperma@hotspringslaw.net, anna@hotspringslaw.net, ralphohm@aol.com

*/s/Andrew D. Ballard*