IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS

STATE OF ARKANSAS                                                    PLAINTIFF

VS.                              35CR-2014-436

SAMUEL EVANS                                                         DEFENDANT

### ORDER TO DELIVER

THE SHERIFF OF JEFFERSON COUNTY, ARKANSAS:

You are hereby ordered and directed to take custody from the Second Chance Ranch, 21815 Int 30, Bryant, AR 72002, a juvenile delinquent, T      H         B/M DOB:        , who is now confined in said facility and deliver him to Jefferson County Courthouse, 100 West Barraque Street, Pine Bluff, AR 71601, on **Monday, March 14-15, 2016 at 1:00 p.m.**, for the purpose of a criminal jury trial.

The Superintendent/Director of the Second Chance Ranch, is hereby ordered to have T      H      , B/M DOB:        available for transportation by the Sheriff of Jefferson County Arkansas on the aforementioned dates. That Sheriff of Jefferson County Arkansas is to deliver T     H      , B/M DOB:        to the Jefferson County Courthouse on **Monday, March 14-15, 2016 at 1:00 p.m.**, for the purpose of a criminal jury trial.

The Sheriff of Jefferson County, Arkansas is further ordered to return custody of said juvenile delinquent to the Second Chance Ranch upon completion of said jury trial.

IT IS SO ORDERED this 10th day of March, 2016.

_____
CIRCUIT JUDGE

SUBMITTED BY:

_____
KARRES D. MANNING
DEPUTY PROSECUTING ATTORNEY

A TRUE COPY, I CERTIFY
LAFAYETTE WOODS, SR., Clerk

EXHIBIT
1

FILED
MAR 10 2016
LAFAYETTE WOODS, SR.
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS