IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through
Next Friend and Guardian of the Estate
CHARLES HOSKYN                                                                PLAINTIFF

VS.                    Case No.: 4:17-cv-133-SWW-JTR

S. KYLE HUNTER, et. al.                                                        DEFENDANTS

## AFFIDAVIT

My name is Charles Hoskyn, and I am over the age of majority and of sound mind. I have been appointed the guardian of the estate of T.H. to pursue the claims and relief in this matter. I have spoken with Ms. Kristina Berry, one of the caseworkers for T.H. during March 11, 2016 and March 14, 2016. Ms. Berry informed me that she would be available and willing to write an affidavit about the events surrounding the arrest and detention of T.H. to be a witness in the trial of State of Arkansas vs. Samual Evans.

I have made diligent efforts to re-contact Ms. Berry after first speaking to her on September 17, 2017. However, I have been unable to reach Ms. Berry. According to Ms. Berry, Ms. Berry informed Defendant Karres Manning via telephone conversation, prior to the entry of the Order to Deliver, that T.H. was a foster child in the custody of the Arkansas Department of Human Services, and that she would make sure T.H. was at the trial on March 14, 2016.

Despite Defendant Manning's conversation with Ms. Berry, on March 11, 2016, Ms. Berry was notified T.H. was taken into custody by the Jefferson County Sheriff's Department and being placed into custody of the Jefferson County Juvenile Detention Facility. Ms. Berry contacted Defendant Manning to have T.H. released, and visited T.H. and Ana Ortiz, T.H.'s caseworker at Jefferson County Juvenile Detention Facility that Friday afternoon.

Ms. Berry described her contact with Defendant Manning as making many attempts to have



T.H. released. Ms. Berry explained Defendant Manning was unhelpful and unsympathetic to T.H.'s unlawful arrest and detention.

Affiant hoped to have secured Ms. Berry's affidavit after his conversation with her; however, after making repeated attempts to contact Ms. Berry, affiant does not know the reason for her lack of answer or response. Affiant hopes to continue the discovery process to take Ms. Berry's deposition to support his affidavit.

This affidavit is given freely and I have not been threatened, coerced, or promised anything for this affidavit.

FURTHER THE AFFIANT SAYETH NOT.

_____
Charles Hoskyn

## VERIFICATION

I, Charles Hoskyn, state under oath that the facts and information contained herein are truthful and accurate to the best of my knowledge.

_____
Charles Hoskyn

STATE OF ARKANSAS   )
                    )
COUNTY OF PULASKI   )

Subscribed and sworn before me this the 6th day of October, 2017.

_____
Notary Public

My commission expires:

_____

DEBORAH J. CABANISS
LONOKE COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires April 30, 2018
Commission No. 12365761