IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS LITTLE ROCK DIVISION

T.H., a Minor, by and through
Next Friend and Guardian of the Estate
CHARLES HOSKYN

PLAINTIFF

VS.                               Case No.: 4:17-cv-133-SWW-JTR

S. KYLE HUNTER, et. al.
DEFENDANTS

## AFFIDAVIT

My name is Ana B. Ortiz, and I am over the age of majority and of sound mind. I previously worked as an FSW with the Arkansas Department of Human Services. I was the case worker for T.H. from March 10, 2016 and March 14, 2016. The letter attached hereto as Exhibit 1 is a true and accurate copy the letter I wrote March 18, 2016. The details in the letter are true and accurate.

On the morning of March 14, 2016, I was advised by Attorney Ad Litem, Dawanna Terry that Ms. Manning had guaranteed T.H's release and transportation to his group home upon delivery of his testimony. Once I received word that T.H. completed his testimony I purchased a meal from McDonald's in hopes to deliver it to the courthouse before T.H. was to be transported to his group home. Upon arrival to the courthouse I was advised that T.H. had been transported back to the Jack Jones Detention Center and not his group home. I immediately alerted Ms. Terry and Chief Shelby of the news and asked them for assistance in securing T.H.'s release from the detention center. Ms. Terry and Chief Shelby both joined me at the courthouse and made several phone calls to various personnel employed by both the Prosecutor's office and the Sheriff's Department. Chief Shelby finally spoke to someone from the Sheriff's Department who authorized T.H's release. From the

EXHIBIT 3

courthouse I drove to the detention center where T.H was eventually released several hours after giving his testimony.

I reported this incident via email to my chain of command at the Jefferson County office. The email also included Area 7 Director, Angela Newcomb, and the Attorney Supervisor at the Arkansas Department of Human Services, Lee Honorable. In addition, I also attached the transportation order to the email signed by Judge Jones, which contradicted Ms. Manning's directives. I advised them that T.H. was detained by directives given by Ms. Manning and the reasons Ms. Manning gave me for his weekend detention at the Jack Jones Detention Center: 1)Transportation by the Sheriff's Department was not available the morning of March 14, 2016.  2) Ms. Manning specified that T.H. was in custody by the Sheriff's Department and it was protocol to detain a witness for their safety.

This affidavit is given freely and I have not been threatened, coerced, or promised anything for this affidavit.

FURTHER THE AFFIANT SAYETH NOT.

Ana B. Ortiz

### VERIFICATION

I, Ana B. Ortiz, state under oath that the facts and information contained herein are truthful and accurate to the best of my knowledge.

Ana B Ortiz

STATE OF Missouri      )
                       )
COUNTY OF Boone        )

Subscribed and sworn before me this the 6th day of October 2017
Notary Public _____
My commission expires: 4-7-2018

JERRILYN CAREY
My Commission Expires
April 7, 2018
Boone County
Commission #14436362

To Whom It May Concern:

From: Ana Ortiz (Former) FSW, Department of Human Service, Division of Children and Family Services

Date: March 18, 2016

Subject: 3/11/16 T. H          incident

On 3/11/16 I was advised that T         H        was brought in and being booked into the Jack Jones Detention Center. I was informed that he was picked up from his school and detained for the weekend due to lack of transportation by the Sherriff's Department for the time period indicated on the court order, 3/14/16. I was directed to Prosecutor Manning for clarification. I spoke with Prosecutor Manning and I advised her that T        H        was being booked and detained and wanted to get clarification as to why he was being detained. She stated that there was no transportation available to ensure his courthouse appearance on the aforementioned date. I told her that I was en route to see him because he was afraid, confused, and asking questions. Prosecutor Manning stated she would meet me at the detention center and she could answer my questions there.

I alerted my supervisor, FSWS Berry, about the situation and she accompanied me to the detention center to meet with T         and Prosecutor Manning. Upon arrival prosecutor Manning was interviewing T        I waited until prosecutor Manning waived me into the room once she completed her interview with T         . I asked Prosecutor Manning for clarification. I asked her if indeed Travion was in fact detained simply because transportation was not available for him on Monday (3/14/16) She said, yes. I pleaded with Prosecutor Manning to release T         back into my custody and ensured her that I would personally transport him for the court hearing on Monday. She briefly attempted to make a call and then stated that she could not release T         because he was in the Sherriff's custody and it was protocol to detain a witness for their safety. I assured Prosecutor Manning that the Department has placed T         n a licensed foster care facility and that we could guarantee his safety and his appearance for court. This information did not persuade Prosecutor Manning and we were not able to secure T         release. We had to tell T        that he would have to be detained for the remainder of the weekend.

After Prosecutor Manning left the detention center, My supervisor and I were able to obtain a copy of the court order in which T         vas picked-up and detained with. The order clearly states T         as to be transported to the courthouse on 3/14/16. Ms.

Adams has always gone above and beyond the call of duty for the children in her care. She has always notified me of any changes pertaining to my clients. During this incident she was able to assist and direct me to points of contacts that could

ROGATORY #    13, 22, 23, 24
JMENT)
              & 25

EXHIBIT
1

possibly assist to secure T_____ release, however, due to how late in the day it was we were unsuccessful to speak to anyone to include: Judge Jones' office, who signed the order, and the Sheriff's Department. We also solicited assistance from Chief of Staff Shelby to no avail.

While T_____ was detained for the weekend, Ms. Adams and Sgt Rice ensured that T_____ was comfortable and were accommodating when I called to see how T_____ was doing. Ms. Adams was also was helpful to ensure that T_____ was able to receive his change of clothes for court and his daily medication that had to be delivered by the personnel of his current placement.

Please feel free to contact me if you need additional information at (713) 298-7322.

Very Respectfully,

Ana B. Ortiz
8141 Lull Dr.
White Hall, AR 71602