

# JEFFERSON COUNTY
# JUVENILE JUSTICE CENTER

301 EAST 2nd AVENUE
PINE BLUFF, ARKANSAS 71601
PHONE 870-541-8502 / FAX 870-541-0307

| GERALD ROBINSON | DUTCH KING | LEE A. JOHNSON |
| SHERIFF | COUNTY JUDGE | ADMINSTRATOR |

## FAX COVER SHEET

To: Scott Tanner

From: Lee A. Johnson

Fax: 1-501-682-9073

Date: 3-15-16

COMMENTS:

Per Sgt. Rowland @ Jeff Co. Sheriff Office, Arrangements were made @ Deputy Prosecuting Atty. Karess Manning to have T____ H____ delivered on Friday March 11, 2016 for trial and predisposition.

Number of pages _____
(Including cover sheet)



EXHIBIT 5