IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through
Next Friend and Guardian of the Estate,
Charles Hoskyn                                                                                    Plaintiff

v.                         Civil Action No. 4:17cv133-SWW-JTR

S. Kyle Hunter, et al.                                                                          Defendants

### REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS CONVERTED TO PARTIAL SUMMARY JUDGMENT ON BEHALF OF DEFENDANT-PROSECUTORS HUNTER AND MANNING

On August 24, 2017, the Court entered an Order granting in part and denying in part the Motion to Dismiss filed by Defendant-Prosecutors Hunter and Manning. [D.E. 22] In the Order, the Court found Hunter and Manning are entitled to absolute prosecutorial immunity from liability for activities related to obtaining the Order to Deliver. [D.E. 22, p. 7] The Court also found that Hunter and Manning are entitled to statutory immunity from Plaintiff's tort claims to the extent they are not covered by liability insurance because Plaintiff failed to state a claim for malice. [D.E. 22, p. 9]

The Defendant-Prosecutors have now provided the Court with the Declaration of Kyle Hunter, confirming neither Hunter nor Manning have liability insurance coverage applicable to Plaintiff's claims. [D.E. 25-1] Plaintiff's Response to the pending Motion contends that Defendant-Prosecutors did not address new allegations in Plaintiff's Amended Complaint. [D.E. 25, 26, 29] This is of no matter. The Court considered the supplemental allegations in ruling on the Defendant-Prosecutors' Motion to Dismiss: "The following factual allegations, which the Court accepts as true for the purpose of

1

review, come from the original complaint and include supplemental allegations set forth in the proposed amended complaint." [D.E. 2, § II]

Plaintiff's Amended Complaint alleges the same conduct Plaintiff always has: that Manning verbally ordered early transport of T.H. in derogation of the Order for transport on March 14, 2016; that ADHS case worker(s)[1] met with Manning and attempted to gain custody of Plaintiff on Friday, March 11, 2016; and that Manning refused, telling the case worker that the minor was in the Sheriff's custody and it was protocol to detain a witness for his own safety. [D.E. 22, pp. 3-4]

The Court already accepted these allegations as true for purposes of ruling on Defendants' earlier Motion to Dismiss and found they failed to support a finding that Hunter and Manning intended to injure Plaintiff or consciously violated the law. [D.E. 22, p. 9] Plaintiff continues to allege wrongdoing related to obtaining the Order to Deliver,[2] though the Court has already found that the Defendant-Prosecutors' alleged conduct in connection with obtaining the Order to Deliver is absolutely protected from suit. [D.E. 22, p. 9]  The Court should disregard Plaintiff's renewed argument and allow the parties to focus their efforts on the only remaining issue as to either of the Defendant-Prosecutors, Manning's alleged verbal instructions to Sergeant Rowland.

---

[1] Plaintiff's allegation that two instead of one caseworker were involved in the alleged discussion on Friday is a trivial distinction. Plaintiff's claims still fail to demonstrate malice.

[2] See Plaintiff Hoskyn's affidavit [D.E. 32-2] offering inadmissible hearsay to allege Manning knew T.H. was a foster child in the care of DHS before obtaining the Order to Deliver.

Based upon the Court's previous findings and the absence of liability insurance coverage applicable to Plaintiff's claims, Defendant-Prosecutors respectfully request the Court dismiss the state tort claims against them and that Hunter be dismissed from the action.

                                      Respectfully submitted,

                                      LESLIE RUTLEDGE
                                      Attorney General

By:   /s/ Brett W. Taylor
       Ark. Bar No. 2014175
       Assistant Attorney General
       Arkansas Attorney General's Office
       323 Center Street, Suite 200
       Phone:   (501) 682-3676
       Fax:       (501) 682-2591
       Email:    brett.taylor@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Brett W. Taylor, hereby certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send electronic notification to the following:

    Andrew Ballard     andy@ballardandballard.net

    Burt Newell         burtnewell@mac.com

                                    /s/Brett W. Taylor