UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through Next Friend and
Guardian of the Estate, CHARLES HOSKYN                                            PLAINTIFF

VS.                          Civil Action No. 4:17-cv-133-SWW-JTR

S. KYLE HUNTER, in his individual and Official Capacity
as Prosecuting Attorney for the 11th Judicial Circuit, et. al.                    DEFENDANTS

### JOINT MOTION TO STAY PROCEEDINGS PENDING APPROVAL OF SETTLEMENT

Comes now, Plaintiff, T.H., by and through Guardian of the Estate, Charles Hoskyn, and by and through counsel, BALLARD & BALLARD, P.A., and for his Joint Motion to Stay Proceedings Pending Approval of Settlement, states:

1. On June 20, 2017, this Court entered a Final Scheduling Order. (D.C. 21) Pursuant to paragraph 2 of the Scheduling Order, the parties' discovery is due to be completed on November 17, 2017.

2. Depositions in this matter were scheduled to begin today, October 24, 2017, and several days of depositions were scheduled to be completed by the discovery cut off date.

3. The parties are entering into a settlement contingent upon multiple approvals, including this Court's approval.

4. The parties have agreed to postpone depositions contingent upon the necessary approvals.

5. The parties request discovery and all other matters be stayed pending approval of the parties' settlement. In the event settlement is not approved, the parties request an amended scheduling order be entered continuing the discovery deadline.

WHEREFORE, the parties jointly pray this Court grant their Joint Motion to Stay Proceedings pending approval of settlement.

Dated: October 24, 2017.

Respectfully submitted,

**BALLARD & BALLARD, P.A.**
425 W. Broadway St., Suite N
North Little Rock, Arkansas 72114
Tel: 501-244-9544
Fax: 501-244-9828
E-mail: andy@ballardandballard.net
Arkansas Bar No. 06-029

By: */s/Andrew D. Ballard*
      Andrew D. Ballard


By: */s/Brett W. Taylor*
      Brett W. Taylor
      Ark. Bar No. 2014175
      Arkansas Attorney General
      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Tel: (501)682-3676
      Fax: (501)682-2591
      E-mail: brett.taylor@arkansas.gov


By: */s/C. Burt Newell*
      C. Burt Newell, Bar No. 82118
      Attorney for Separate Defendants
      P.O. Box 1620
      Hot Springs, AR 71902-1602
      (501)321-2222
      Fax: (501)624-0533
      aperma@hotspringslaw.net

CERTIFICATE OF SERVICE

    I, Andrew D. Ballard, certify that on October 24, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send electronic notification to the following:

Brett Taylor Brett brett.taylor@arkansasag.gov
C. Burt Newell aperma@hotspringslaw.net
Ralph C. Ohm   aperma@hotspringslaw.net, anna@hotspringslaw.net, ralphohm@aol.com

                      */s/Andrew D. Ballard*