**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| T.H., a minor, by and through next friend and guardian, CHARLES HOSKYN | |
| PLAINTIFF | |
| V. | CASE NO. 4:17CV00133 SWW |
| S. KYLE HUNTER, in his individual and official capacity as Prosecuting Attorney for the Eleventh Judicial District, ET AL. | |
| DEFENDANTS | |

## ORDER

Before the Court is a joint motion to stay the proceedings in this case [ECF No. 35]. The parties report that they are entering a settlement agreement, which must pass an approval process before it is final.

The motion to stay [ECF No. 35] is GRANTED. This case is STAYED to the extent that the parties are relieved of all current deadlines set forth in the final scheduling order. **In the event that the parties have not filed a motion to dismiss pursuant to settlement within fourteen (14) days from the entry date of this order, they must file a status report regarding their progress.**

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE