UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through Next Friend and
Guardian of the Estate,  CHARLES HOSKYN                               PLAINTIFF

VS.                          Civil Action No. 4:17-cv-133-SWW-JTR

S. KYLE HUNTER, in his individual and Official Capacity
as Prosecuting Attorney for the 11th Judicial Circuit, et. al.        DEFENDANTS

## JOINT STATUS REPORT REGARDING SETTLEMENT

Comes now, Plaintiff, T.H., by and through Guardian of the Estate, Charles Hoskyn, and by and through counsel, BALLARD & BALLARD, P.A., and for his Joint Status Report Regarding Settlement, states:

1. This is the fourteenth day from this Court's Order related to the parties' settlement.

2. Defendants Hunter and Manning have submitted a proposed release which has been agreed to by Plaintiff.

3. Defendants Jefferson County and its employees are to submit a proposed release to counsel for Plaintiff today.

4. Once the releases are received and approved by Plaintiff, the releases will be submitted to the Circuit Court of Jefferson County, Juvenile Division, with a motion for approval of the settlement pending this Court's approval.

5. Upon receiving approval from the Circuit Court of Jefferson County, Arkansas, the parties will submit the settlement to this Court.

6. The parties request additional time to complete the settlement process.

WHEREFORE, the parties jointly pray this Court grant more time to complete the

settlement process in this matter.

Dated: November 13, 2017.

                                      Respectfully submitted,

                                      **BALLARD & BALLARD, P.A.**
                                      425 W. Broadway St., Suite N
                                      North Little Rock, Arkansas 72114
                                      Tel: 501-244-9544
                                      Fax: 501-244-9828
                                      E-mail: andy@ballardandballard.net
                                      Arkansas Bar No. 06-029

By: */s/Andrew D. Ballard*
            Andrew D. Ballard


By: */s/Brett W. Taylor*
            Brett W. Taylor
            Ark. Bar No. 2014175
            Arkansas Attorney General
            Arkansas Attorney General's Office
            323 Center Street, Suite 200
            Tel: (501)682-3676
            Fax: (501)682-2591
            E-mail: brett.taylor@arkansas.gov


By: */s/C. Burt Newell*
            C. Burt Newell, Bar No. 82118
            Attorney for Separate Defendants
            P.O. Box 1620
            Hot Springs, AR 71902-1602
            (501)321-2222
            Fax: (501)624-0533
            aperma@hotspringslaw.net

CERTIFICATE OF SERVICE

      I, Andrew D. Ballard, certify that on October 24, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send electronic notification to the following:

Brett Taylor Brett brett.taylor@arkansasag.gov
C. Burt Newell aperma@hotspringslaw.net
Ralph C. Ohm   aperma@hotspringslaw.net, anna@hotspringslaw.net, ralphohm@aol.com

                                             */s/Andrew D. Ballard*