# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| T.H., a minor, by and through next friend and guardian, CHARLES HOSKYN | * * * | |
| PLAINTIFF | * * | |
| V. | * * * * | CASE NO. 4:17CV00133 SWW |
| S. KYLE HUNTER, in his individual and official capacity as Prosecuting Attorney for the Eleventh Judicial District, ET AL. | * * * * | |
| DEFENDANTS | * | |

## ORDER

By order entered October 30, 2017, the Court granted the parties' motion to stay this case pending completion of a settlement agreement. The parties filed a status report on November 13, 2017, requesting more time to complete the settlement process. The Court grants the request but instructs the parties to file a status report within fourteen (14) days from the entry of this order, and every fourteen (14) days thereafter, until the settlement process is complete.

IT IS SO ORDERED THIS 5TH DAY OF DECEMBER, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE