UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

T.H., a Minor, by and through Next Friend and
Guardian of the Estate, CHARLES HOSKYN                                    PLAINTIFF

VS.                      Civil Action No. 4:17-cv-133-SWW-JTR

S. KYLE HUNTER, in his individual and Official Capacity
as Prosecuting Attorney for the 11th Judicial Circuit, et. al.            DEFENDANTS

### JOINT MOTION TO DISMISS
### PURSUANT TO SETTLEMENT AGREEMENT

The Parties have reached a settlement agreement to resolve the issues in this matter, and hereby move the Court to enter an order to dismiss this case with prejudice pursuant to Rule 41(a)(2), but condition this request on the Court agreeing to retain jurisdiction to enforce the terms of the settlement agreement. As a basis for this motion, the Parties state as follows:

1. Plaintiff sought approval of the parties' settlement from the Jefferson County Circuit Court, and received an order permitting settlement entered on December 5, 2017.

2. The Parties were awaiting the entry of the Juvenile Court's approval, before filing this request with this Court.

3. The Parties request that the Court dismiss the lawsuit with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, but condition this request on the Court's agreement to enter an order retaining jurisdiction to enforce the settlement agreement.

WHEREFORE, the parties jointly pray this Court grant their Joint Motion to Dismiss Pursuant to Settlement Agreement and retaining jurisdiction to enforce the agreement.

Dated: December 8, 2017.

Respectfully submitted,

**BALLARD & BALLARD, P.A.**
425 W. Broadway St., Suite N
North Little Rock, Arkansas 72114
Tel: 501-244-9544
Fax: 501-244-9828
E-mail: andy@ballardandballard.net
Arkansas Bar No. 06-029

By: */s/Andrew D. Ballard*
    Andrew D. Ballard


By: */s/Brett W. Taylor*
    Brett W. Taylor
    Ark. Bar No. 2014175
    Arkansas Attorney General
    Arkansas Attorney General's Office
    323 Center Street, Suite 200
    Tel: (501)682-3676
    Fax: (501)682-2591
    E-mail: brett.taylor@arkansas.gov


By: */s/C. Burt Newell*
    C. Burt Newell, Bar No. 82118
    Attorney for Separate Defendants
    P.O. Box 1620
    Hot Springs, AR 71902-1602
    (501)321-2222
    Fax: (501)624-0533
    aperma@hotspringslaw.net

CERTIFICATE OF SERVICE

      I, Andrew D. Ballard, certify that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send electronic notification to the following:

Brett Taylor Brett brett.taylor@arkansasag.gov
C. Burt Newell aperma@hotspringslaw.net
Ralph C. Ohm   aperma@hotspringslaw.net, anna@hotspringslaw.net, ralphohm@aol.com

                                        */s/Andrew D. Ballard*