IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| T.H., a minor, by and through next friend and guardian, CHARLES HOSKYN <br><br> PLAINTIFF <br><br> V. <br><br> S. KYLE HUNTER, in his individual and official capacity as Prosecuting Attorney for the Eleventh Judicial District, ET AL. <br><br> DEFENDANTS | CASE NO. 4:17CV00133 SWW |

## ORDER

Before the Court is the parties' joint motion reporting that they have settled this dispute and requesting that the Court dismiss the case with prejudice. The parties further request that the Court retain jurisdiction for the purpose of enforcing the settlement agreement if necessary.

The motion [EFC No. 39] is GRANTED. This action is dismissed with prejudice, and the Court retains jurisdiction for the purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED THIS 12th DAY OF DECEMBER, 2017.

**/s/Susan Webber Wright**

UNITED STATES DISTRICT JUDGE